RECEIVED
IN LAKE CHARLES, LA
DEC 04 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RANDALL JOSEPH GATHE<br>FED. REG. #14484-035 | CIVIL ACTION NO. 14-cv-3184<br>SECTION P |
| VS. | JUDGE MINALDI |
| C. MAIORANA | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 2) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering that no objections have been filed,

**IT IS ORDERED** that the defendant's Petition for Writ of *Habeas Corpus* (Rec. Doc. 1) **IS DISMISSED WITH PREJUDICE..**

Lake Charles, Louisiana, on this __2__ day of __Dec_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE